UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JERRY BRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:06 CV 1 JCH |
| ) | |
| LA GRANGE, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Clarification. (Doc. No. 37). Plaintiff is directed to the Federal Rules of Civil Procedure,[1] specifically Rules 26 through 37, which govern the discovery process. Parties do not require permission of the Court to send Interrogatories and Requests for Production of Documents.

Federal Rule of Civil Procedure 37 explains the process for resolving discovery disputes. The Court cannot provide legal advice on how to conduct discovery.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification is **GRANTED**.

Dated this 8th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] The Rules may be found online at http://www.law.cornell.edu/rules/frcp/. There are also numerous other sources, both online and in print, that explain the process of a lawsuit.